Benjamin J. FERNANDEZ, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 04–3425.

United States Court of Appeals,
Federal Circuit.

Oct. 4, 2005.

Before MAYER, SCHALL, and LINN,
Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

State Of CALIFORNIA DEPART-
MENT OF TRANSPORTATION,
Plaintiff–Appellee,

v.

TYCOR WALLS, INC. and Fred J.
Nove, Defendants–Appellants,

and

Gerald F. Nove, Defendant.

No. 05–1169.

United States Court of Appeals,
Federal Circuit.

Oct. 4, 2005.

Rehearing En Banc Denied Nov. 9, 2005.

Before LOURIE, Circuit Judge.
ARCHER, Senior Circuit Judge, and
GAJARSA, Circuit Judge.

***JUDGMENT***

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.